■ G. PATRICK DU PELL et al., Appellants, v. DONALD S. HOSTETTER et al., Constituting the State Liquor Authority, et al., Respondents.— *Per Curiam.* The case is well outlined in the comprehensive and well-considered opinion of Mr. Justice HUNT at Special Term (45 Misc 2d 313). We perceive no basis upon which the denial of a preliminary injunction could be disturbed by this court. We reach no other question. Order affirmed, with costs. Interim stay vacated. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ RICHARD CANTLIN et al., Appellants, v. STATE LIQUOR AUTHORITY et al., Respondents.— Order affirmed, with costs. Interim stay vacated. (See *Du Pell* v. *Hostetter*, 23 A D 2d 617.) Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.